PROB 22
(Rev. 1/2001)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| Docket Number (Tran. Court) | 0868 1:15CR00115 |
| Docket Number (Rec. Court) | 20-cr-76-WJM |

| Name and Address of Probation/Supervised Releasee: | District: North Dakota | Division: |
|---|---|---|
| Jose Luis Heredia <br><br> Colorado | Sentencing Judge: | The Honorable Daniel L. Hovland |
| | Supervision Dates: | From: 12/28/2018 — To: 12/27/2021 |

| Offense: | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance 21 U.S.C. § 846 |
|---|---|

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-27-20
Date

_/s/ Daniel L. Hovland_
The Honorable Daniel L. Hovland
United States District Court Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/2/2020
Effective Date

_/s/_
United States District Court Judge