FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/27/2020
JEFFREY P. COLWELL, CLERK

July 6, 2020
Jose Luis Heredia
5255 Crystal St
Denver, CO 80239

To: District Judge William J. Martinez's Chambers
Alfred A Arraj Courthouse
901 19th Street
Denver, CO 80294

Re: Case Number # 20CR00076-1,
Request for Early Discharge

Dear Judge Martinez,

I would like to submit this request and let you know a little of what I have been doing since my release.

I was working at Whatever it Takes Transmissions & Parts from the time I was released until August 2019. They closed their doors here to transfer the company to New York. I applied at many jobs, but nothing came about it. I then decided to turn my garage into my personal shop and started rebuilding transmissions. I ordered business cards to spread the word and to gain business. I have included one of my cards in this letter. I would like to grow my business but with being stuck in one state this makes it impossible. I would like to also work as a handy on days that I do not have transmissions to rebuilt.

I am 54 years of age with young daughters. I have an 11-year-old and a 13-year-old daughter that would like to visit their grandma (my mother). My mother is 83 years of age and her health is declining. She moved with my sister to Nevada and is currently in the hospital. She is at Southern Hills Hospital and medical center. The doctors are not giving us much to work with and I feel stuck here in Denver, not being able to travel and be next to her.

I have visits with my parole as well and I would like to avoid them with this pandemic.

I would like you to know that I am not the smartest man in the planet, but I am wiser from the past mistakes I have made. I am a family guy that made mistakes in the past but has learned from them. Losing my nephew last year has helped me appreciate life and my family more. I appreciate and respect my life, family, house, and most importantly the community to make better choices. I hope you find it in your heart to give me a chance with an early probation release.

Thank you,

*[signature]*

Jose L. Heredia
5255 Crystal St
Denver, CO 80239

scanned by
US Marshal

District Judge William J. Martinez
Chambers A1700 A Arraj Courthouse
901 19th Street
Denver, CO 80294