# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00076-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOSE LUIS HEREDIA,

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 28th day of July, 2020.

                                      JASON R. DUNN
                                      United States Attorney

By:    s/ *Andrea Surratt*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600 Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: andrea.surratt@usdoj.gov
        Attorney for the Government

**CERTIFICATE OF SERVICE**

   I certify that on this 28th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

            By: *s/Portia Peter*
                Legal Assistant
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, CO 80202
                Telephone: 303-454-0100