IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00076-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE LUIS HEREDIA,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through the undersigned Assistant United States Attorney, does not oppose the defendant's request for early termination of probation the reasons that follow:

On or about March 2, 2020, the defendant's supervision was transferred from the District of North Dakota to this District. [Dkt #1]. The defendant's three-year term of supervised release began on December 28, 2018.

On or about July 28, 2020, the defendant moved for early termination of his term of supervised release. [Dkt #12].

The Government has spoken with the Probation Department regarding the defendant's request and understands that the Probation Department does not oppose nor support this request. The Probation Department does note, however, that the defendant is statutorily eligible for early termination since he has served at least one year of his term

1

of supervised release. 18 U.S.C. § 3583(e). The Probation Department also notes that the defendant has been fully compliant with the terms of his supervision and meets the criteria for early termination established by the Judicial Conference Committee on Criminal Law.

The Government joins in the Probation Department's recommendation, and does not oppose the defendant's request.

Respectfully submitted this 11th day of August, 2020.

                JASON R. DUNN
                United States Attorney

      By:   *s/ Andrea Surratt*
                Andrea Surratt
                Assistant United States Attorney
                U.S. Attorney's Office
                1801 California St., Suite 1600
                Denver, CO 80202
                Telephone: (303) 454-0100
                e-mail: Andrea.Surratt@usdoj.gov
                Attorney for the Government

CC:   Jose Luis Heredia
       5255 Crystal Street
       Denver, CO 80239