# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-076-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**1.    JOSE LUIS HEREDIA**,

    Defendant.

---

## ORDER GRANTING MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

---

    This matter comes before the Court on the Defendant's Motion for Early Release Termination of Supervised Release (ECF No. 3). The Government and the Probation Office have filed responses stating they have no objection to early termination. The Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

    The Defendant's Motion is GRANTED for good cause shown. The Defendant shall be immediately discharged from Supervised Release and the proceedings in this matter shall be TERMINATED.

    Dated this 13th day of August, 2020.

BY THE COURT:

_____
William J. Martinez
United States District Judge